UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 18-25099-CIV-MORENO**

ACHERON PORTFOLIO TRUST, AVERNUS
PORTFOLIO TRUST, LORENZO TONTI
2006 TRUST, STYX PORTFOLIO TRUST,
and ACHERON CAPITAL, LTD.,

        Plaintiff,

vs.

BARRY MUKAMAL, as Trustee of the
MUTUAL BENEFITS KEEP POLICY
TRUST,

        Defendant.
_____/

## ORDER DENYING TRUSTEE'S MOTION TO QUASH AND DENYING TRUSTEE'S MOTION TO STRIKE AMENDED MOTION TO COMPEL

THIS CAUSE came before the Court upon the Trustee's Motion to Quash Subpoena **(D.E. 68)**, filed on **February 19, 2021** and the Trustee's Motion to Strike Amended Motion to Compel **(D.E. 72)** filed on **March 2, 2021**

THE COURT has considered the motions, the responses, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion to quash the untimely subpoena on non-party The Lincoln National Life Insurance Company is DENIED. Trustee requests the Court quash the subpoena as untimely because it was served on February 17, 2021. The discovery cut-off was January 15, 2021 and the Court extended that deadline for certain matters until February 19, 2021. The parties in this case originally scheduled the deposition of the Trustee for January 14, 2021, which was postponed and rescheduled to January 29, 2021 at the Trustee's request. The deposition

ultimately took place on February 8, 2021. At the Trustee's deposition, Plaintiffs determined that it was necessary to serve Lincoln with the subpoena to confirm or dispute the Trustee's testimony. Had the deposition taken place as originally scheduled, the subpoena would have been issued in a timely manner. In any event, the discovery elicited by this subpoena will not impact the trial date in this case. Accordingly, the Court denies the motion to quash. It is also

ADJUDGED that the motion to strike the Plaintiffs' Amended Motion to Compel is DENIED. The Court exercises its discretion to allow the motion to stand and resolve the discovery disputes on the merits.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th of March 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record